778

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT STOKROCKI, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Milton L. Epstein, Esq., 398 Main Street, Beacon, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELESANO TROIANI, Appellant, v. PAUL LIVOTI, as Clerk of the Supreme and County Courts, Respondent. — Motion by petitioner-appellant, in a proceeding pursuant to article 78 of the Civil Practice Act, for leave to appeal as a poor person, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ BERNARD SHATZKIN et al., Doing Business as the Law Firm of SHATZKIN & COOPER, Plaintiffs, v. SOLOMON E. SHAHMOON, Appellant. MILTON POLLACK, Respondent.— On the call of the calendar, appeal dismissed; appellant having failed to comply with an order of this court, dated March 6, 1961, requiring him to perfect his appeal for the May 1961 Term. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ JOSEPH SIRIANNI, Respondent, v. NATALIE SIRIANNI, Appellant, et al., Defendant.— Motion by respondent to dismiss appeals denied on condition that appeals be perfected for the September Term, beginning September 6, 1961; appeals ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Upon the argument of the appeals, respondent, if so advised, may renew his motion to dismiss the appeals on the ground that the final judgment was entered on default. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ SAMUEL M. SOLLISH, as Administrator of the Estate of ANNA SOLLISH, Deceased, Respondent, v. HEBREW HOME AND HOSPITAL FOR THE CHRONIC SICK, INC., Appellant.— Motion by appellant: (1) to vacate order dated February 10, 1961, dismissing the appeal; and (2) to reinstate stay granted in order of December 22, 1960. Motion granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ TOWN & COUNTRY HOUSE & HOME SERVICE, INC., Appellant, v. PERCY C. NEWBERY et al., Respondents.— Motion by respondents to dismiss appeal denied on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before August 1, 1961. Cross motion by appellant to extend time to perfect appeal granted; time extended accordingly. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ CHRISTINA VITALIANO, Respondent, v. ARTHUR A. KNAPP, Appellant, et al., Defendant.— Motion by respondent for reargument of appellant's motion for a stay of all proceedings, pending appeal, denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.